GEDDES & MOSS UNDERTAKING & EM-BALMING COMPANY, LIMITED, Plaintiff and Appellee, v. Ernest DUGAS et al., Defendants and Appellants.

No. 16650.

Court of Appeal of Louisiana. Orleans.

May 17, 1937.

Jas. E. Courtin, of New Orleans, in proper.

Jno. T. Charbonnet, of New Orleans, for appellees.

PER CURIAM.

Being advised by counsel that it has been agreed that the judgment appealed from should be affirmed, and finding in the record nothing which would suggest a contrary disposition, it is ordered, adjudged, and decreed that the judgment appealed from be and it is affirmed at the cost of appellant.

Affirmed.